UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                                                    :

JASON MCDUNN,                                   :

                                                                                    :

                               Plaintiff,            :     CASE NO. 1:20-cv-02830-MVK

                                                                                     :

              -v-                                               :

EQM MIDSTREAM PARTNERS, LP, THOMAS   :
F. KARAM, MICHAEL A. BRYSON, KENNETH   :
M. BURKE, DIANA M. CHARLETTA, ROBERT   :
J. COOPER, KIRK R. OLIVER, and LARA E.       :
WASHINGTON,                                          :

                                                                                     :

                               Defendants.         :
------------------------------------------ X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 22, 2020                                      Respectfully Submitted,

                                                                                **MONTEVERDE & ASSOCIATES PC**

                                                                                */s/ Juan E. Monteverde*_____
                                                                                Juan E. Monteverde (JM-8169)
                                                                                The Empire State Building
                                                                                350 Fifth Avenue, Suite 4405
                                                                                New York, New York 10118
                                                                                Tel: 212-971-1341
                                                                                Fax: 212-202-7880

                                                                                *Attorney for Plaintiff*